UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELIZABETH SAKON, | : | Civil No.: 3:19-cv-13481 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. Robert H. Cleland |
| v. | : | United States District Judge |
| | : | |
| | : | Hon. Anthony P. Patti |
| ANDREW SAUL, | : | United States Magistrate Judge |
| Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on March 31, 2020,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                              s/Robert H. Cleland
                                              Robert H. Cleland
                                              United States District Judge

Dated: April 3, 2020